# Exhibit "B"

 shiphero

Warehouse Management Software ⌄    Integrations ⌄    Resources ⌄    About Us ⌄    Login ⌄    **Get Started**    ☰

**FASTER. EASIER. SMARTER.**

# Pick-to-Light: Guided by Lights, Driven by Results

⚡ **Increase Efficiency by 20% & Lower Costs by 30%**

Pick-to-Light is the smart solution for any 3PL or brand looking to streamline.

Boost efficiency by 20% and reduce costs by as much as 30% on batches ranging from 10 to 30 orders. It's time to do way more with less.



# Revolutionize your fulfillment process with speed, accuracy, and simplicity.

Using LED light bars, pickers are visually guided to the correct totes and quantities, eliminating guesswork, reducing errors, and improving pick rates.



# Revolutionize your fulfillment process with speed, accuracy, and simplicity.

⊘ **Virtually Error-Free.**

Fewer mistakes mean happier customers and no costly returns.

⊘ **Improved Order Accuracy.**

Every item ends up exactly where it should, no double-checking needed.

⊘ **Train in 45 Minutes.**

Get new hires productive on day one, even during Peak Season.

⊘ **Lower Labor Costs**

Do more with less by eliminating inefficiencies and reducing rework.

⊘ **Faster Fulfillment.**

Pick-to-Light eliminates the guesswork.

⊘ **Seamless Integration.**

Fully compatible with your existing workflows.

## Picking Mistakes are Expensive. Pick-to-Light Makes Them Disappear.

Order picking makes up over 50% of warehouse operating costs.

Misplaced items, wrong totes, wasted time... it all adds up to frustrated teams, lost profits, and disappointed customers. Pick-to-Light solves this with a simple concept: just follow the lights!

Set up your Pick-to-Light cart in under 30 minutes and start picking the smart way.



# What's in the Box

Using LED light bars, pickers are visually guided to the correct totes and quantities, eliminating guesswork, reducing errors, and improving pick rates.



# Ready to transform your warehouse?

Schedule a demo



**Shopify**          **Trustpilot**          **G2**              **Capterra**

★ ★ ★ ★ ★★ ★ ★ ★ ★★ ★ ★ ★ ★★ ★ ★ ★ ★⯪

## Our reviews speak for themselves.



# 4.6
## Star rating



**Shopify**     **Trustpilot**

★ ★ ★ ★ ★ ★ ★ ★ ★

**G2**     **Capterra**

★ ★ ★ ★ ★ ★ ★ ★ ★ ⯪

**4.6**
**Star rating**

# Try ShipHero yourself!

**ship**hero™

**EMAIL US AT:**

hello@shiphero.com

Copyright 2025 ShipHero

View Sitemap

**Support**

Contact Support

API Documentation

Software Knowledge Base

Changelog

**Legal**

Privacy Policy

Cookie Policy

Terms Of Service

**Resources**

Professional Services

Mobile Replenishment

Partners

PostHero

Security

Bug Bounty Program





