# Exhibit "C"

# WIDERMAN MALEK
## ATTORNEYS AT LAW

Please Reply To:
Melbourne Office
1990 W. New Haven Ave.
Second Floor
Melbourne, FL 32904
321.255.2332

May 20, 2025

**Sent Via Email Only to: aaron@shiphero.com**

Mr. Aaron Rubin
Ship Hero, LLC
55 W Railroad Ave, Building 4
Garnerville, NY 10923

|  |  |
|---|---|
| Re: | Notice of Patent Concerns and Proposal to Initiate Negotiates for Licensing |
| Our Docket No.: | 1763.00013 |

Dear Mr. Rubin:

We have recently reviewed a system referred to as the "mobile pick and pack," which we believe to be made and used by Ship Hero, LLC's for its "warehouse management system." A reproduced capture of a webpage operated by Ship Hero, LLC showing the mobile pick and pack system is shown below for reference.

We represent Seller Hardware, LLC with respect to their intellectual property matters. Our client has a robust patent portfolio that is used in connection with their own business, such as, in connection with Seller Hardware, LLC's Skublox® products which uses hardware including shipper lights and sorter lights to guide picking and packing processes. This patent portfolio includes:

1. U.S. Patent Application Serial No. **17/934,373** -
   i. Filed: Sept. 22, 2022
   ii. Titled: "*Put Wall Light Integration System, Devices, And Associated Methods*"

2. U.S. Patent Application Serial No. **18/668,925** -
   i. Filed: May 20, 2024
   ii. Titled: "*Put Wall Light Integration System, Devices, And Associated Methods*"

3. U.S. Patent Application Serial No. **19/077,803** -
   i. Filed: Mar. 12, 2025
   ii. Titled: "*Put Wall Light Integration System, Devices, And Associated Methods*"



_____/

4.  U.S. Patent No. **11,466,843** -
    i.   Filed: Jun. 25, 2021
    ii.  Titled: "*Put Wall Light Integration System, Devices, And Associated Methods*"
    iii. Granted: Oct. 11, 2022

5.  U.S. Patent No. **11,988,367** -
    i.   Filed: Sept. 22, 2022
    ii.  Titled: "*Put Wall Light Integration System, Devices, And Associated Methods*"
    iii. Granted: May 21, 2024

Based upon our review of Ship Hero, LLC's webpage and other information published by Ship Hero, LLC regarding its pick and pack system, we believe the above referenced portfolio can be of value to Ship Hero, LLC, and our client is willing to entertain licensing discussions with you. It is our client's intention and desire to enter into a mutually beneficial and collaborative relationship with Ship Hero, LLC. As such, we propose entering into good faith negotiations to establish a licensing agreement for the use of our client's patented technology.

We believe that a licensing agreement represents the best path forward for all parties involved. A license would, for example, ensure that Ship Hero, LLC may continue benefitting from the innovative aspects of the patented inventions of our client, while continuing to develop and enhance its own operations and systems. Moreover, a licensing agreement provides legal clarity for any interested party regarding the use of the pick and pack system by Ship Hero, LLC and its affiliates in light of our client's issued patents and opens the possibility for a constructive business relationship between Ship Hero, LLC and our client. Such an outcome allows Ship hero, LLC and our client to focus on what truly matters—continued innovation and growth with minimal interruption.

We invite you to contact us to discuss the above at your earliest convenience. To facilitate constructive discussions, we kindly request a response by May 30, 2025. If you are represented by counsel, we request that you forward this to your counsel so that we can continue licensing discussions and negotiations.

Sincerely,
**WIDERMAN MALEK, PL**

Mark R. Malek
Mark@USLegalTeam.com

MRM:kbb




**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$ 1763.000 15 LBB

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
Here

JUN 10 2025

MELBOURNE, FL 32904-9901

Postage
$

Total Postage and Fees
$

Sent To
Mr. Aron Rubin
Street and Apt. No., or PO Box No.
55 W. Railroad Ave. Building 4
City, State, ZIP+4®
Garnerville, NY 10923

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions