Exhibit "D"

- Jeremy Greenberg sent the following message at Feb 25,2022

Yosef, It is nice to connect. I wonder if ShipHero could benefit from some of our new warehouse tech, in particular our skublox.com put to light system. When is a good time to discuss?

Eliminate Sorting and Shipping Mistakes | Put-to-Light, Pick-to-Light | Skublox

skublox.com

Skublox eliminates all mistakes in your sorting and shipping process.Add scalability and invest in the automation of your warehouse and tools. Request demo.

- Yosef Haas sent the following message at 11:22 AM



View Yosef's profile

Yosef Haas   11:22 AM

Hey Jeremy,
Are you asking about using it in our warehouses or integrating it with our WMS?

- Jeremy Greenberg sent the following message at 11:27 AM



View Jeremy's profile

Jeremy Greenberg   11:27 AM

in your warehouse

- Yosef Haas sent the following message at 11:57 AM



View Yosef's profile

Yosef Haas   11:57 AM

We have our own WMS that we use for order picking.

- Jeremy Greenberg sent the following message at 12:18 PM



View Jeremy's profile

Jeremy Greenberg   12:18 PM

This goes a step beyond picking, after you pick items in bulk you can use put to light for sorting the individual units to orders.

- Yosef Haas sent the following message at 12:19 PM



View Yosef's profile

Yosef Haas   12:19 PM

Our primary picking flow uses totes to sort into orders as you pick. We don't do wave picking or any secondary sorting.

- Jeremy Greenberg sent the following message at 12:36 PM



View Jeremy's profile

Jeremy Greenberg   12:36 PM

Do you find that for multi-item orders pickers are making a lot of trips around the warehouse?

- Yosef Haas sent the following message at 1:02 PM



View Yosef's profile

Yosef Haas   1:02 PM

We optimize the batches and group the picking by item to minimize the walking.

- Jeremy Greenberg sent the following message at 1:21 PM



View Jeremy's profile

Jeremy Greenberg   1:21 PM

I am not sure if you are will to experiment, but I wonder if I could demonstrate this skublox approach so you can compare.

- Yosef Haas sent the following message at 2:03 PM



View Yosef's profile

Yosef Haas   2:03 PM

I'm certainly willing to look...my next two weeks are pretty full, want to talk the beginning of the week of the 14th?

- Jeremy Greenberg sent the following messages at 3:09 PM



View Jeremy's profile

Jeremy Greenberg   3:09 PM

Sure, that works

- Looking forward

- Mar 18, 2022Yosef Haas sent the following message at 10:50 AM



View Yosef's profile

Yosef Haas   10:50 AM

Hey, frelechen shushan purim! Are you free next week to talk?

- Jeremy Greenberg sent the following messages at 11:17 AM



View Jeremy's profile

Jeremy Greenberg   11:17 AM

Yes, I am

- When is a convenient time for you?

- Hopefully over Shabbos I should be recovered from the effects of Purim :)



- View Jeremy's profile

Jeremy Greenberg   11:25 AM

Please send me your email address so I can send a calendar invite

- Yosef Haas sent the following messages at 12:31 PM



View Yosef's profile

Yosef Haas   12:31 PM

yosef@shiphero.com

- Mar 20, 2022



View Yosef's profile

Yosef Haas  1:36 PM

Hey, I don't think I got a calendar invite. Can you send one over.
Thanks

- Jeremy Greenberg sent the following message at 1:55 PM



View Jeremy's profile

Jeremy Greenberg  1:55 PM

Sorry, just sent one out, tomorrow at 3pm. Let me know if that time works for you.

- Yosef Haas sent the following message at 2:27 PM



View Yosef's profile

Yosef Haas  2:27 PM

Got it, thanks.

- Jeremy Greenberg sent the following message at 2:46 PM



View Jeremy's profile

Jeremy Greenberg  2:46 PM

Looking forward

- Mar 21, 2022 Yosef Haas sent the following message at 4:40 PM



View Yosef's profile

Yosef Haas  4:40 PM

Hey, thanks for the call today. I spoke to the team and we'd like to get a couple of lights to try it out. What's the next steps to get signed up?

- Jeremy Greenberg sent the following message at 9:51 PM



View Jeremy's profile

Jeremy Greenberg  9:51 PM

I will have shlomo, from sales, reach out tomorrow

- Yosef Haas sent the following messages at 9:56 PM



View Yosef's profile

Yosef Haas  9:56 PM

Thanks

- Mar 23, 2022



View Yosef's profile

Yosef Haas  7:39 PM

Hey, I haven't heard anything from Shlomo yet.

- Jeremy Greenberg sent the following message at 8:15 PM



View Jeremy's profile

Jeremy Greenberg  8:15 PM

Sorry about that, I will follow up

- Yosef Haas sent the following message at 8:16 PM



View Yosef's profile

Yosef Haas   8:16 PM

Thanks

- Apr 26, 2022Jeremy Greenberg sent the following messages at 4:36 PM



View Jeremy's profile

Jeremy Greenberg  4:36 PM

Yosef,
I hope you are doing well. I can imagine you are trying to catch up from YT. I posted a video of how easy it is to remote control the skublox lights https://www.linkedin.com/posts/jergreenberg_technology-internetofthings-smartlight-activity-6924810259052032000-rc4N?utm_source=linkedin_share&utm_medium=member_desktop_web



Jeremy GreenbergJeremy Greenberg • You • YouFounder, Sellercloud & Seller HardwareFounder, Sellercloud & Seller Hardware2yr •  2 years ago

Gearing up to use skublox lights with more apps. We've opened our skublox technology to be used by 3rd party developers.

In this video you can see the lights being remote controlled from the browser using swagger.

It just takes a few REST api calls to turn a light on or off. You can specify the box, the color etc. and control the lights from anywhere on the internet.

It's hard to imagine all the possibilities...

 hashtag#technology hashtag#internetofthings hashtag#smartlight hashtag#remotecontrol hashtag#restapi hashtag#swagger hashtag#iot hashtag#thirdparty hashtag#opentech

...more

Play

- May 25, 2022



View Jeremy's profile

Jeremy Greenberg  2:34 PM

I'm sure you must be busy, is there still some interest in leveraging skublox?

- Yosef Haas sent the following message at 5:35 PM



View Yosef's profile

Yosef Haas   5:35 PM

Not right now - it's a narrow use case so we'll probably do something in house.

- Jeremy Greenberg sent the following message at 6:21 PM



View Jeremy's profile

Jeremy Greenberg  6:21 PM

Understood

- Oct 14Yosef Haas sent the following message at 4:49 PM



View Yosef's profile

Yosef Haas  4:49 PM

Mazel Tov!

- Jeremy Greenberg sent the following message at 11:48 PM



View Jeremy's profile

Jeremy Greenberg  11:48 PM

Thank you

- Oct 15Yosef Haas sent the following message at 9:49 AM



View Yosef's profile

Yosef Haas  9:49 AM

Are you staying on at Descartes?

- Jeremy Greenberg sent the following message at 12:06 PM



View Jeremy's profile

Jeremy Greenberg  12:06 PM

Yes

- Yosef Haas sent the following message at 2:19 PM



View Yosef's profile

Yosef Haas   2:19 PM

Very nice, hatzlacha!

- Jeremy Greenberg sent the following messages at 4:09 PM



View Jeremy's profile

Jeremy Greenberg   4:09 PM

Thanks

- Nov 8



View Jeremy's profile

Jeremy Greenberg   9:54 AM

Fyi, I'm staying on to help with the integration, next stages and the hardware business I retained, skublox and 4dscale.

- Yosef Haas sent the following message at 11:20 AM



View Yosef's profile

Yosef Haas   11:20 AM

So you'll be there for now but you're still running skublox and 4dsale separately? Did I understand that correctly?

- Jeremy Greenberg sent the following message at 11:22 AM



View Jeremy's profile

Jeremy Greenberg  11:22 AM

Yes

- Yosef Haas sent the following message at 11:24 AM



View Yosef's profile

Yosef Haas  11:24 AM

Interesting, they were scared of hardware?

- Jeremy Greenberg sent the following messages at 11:25 AM



View Jeremy's profile

Jeremy Greenberg  11:25 AM

They like the hardware, but their corporate mandate is exclusive to acquiring software. So hardware and real estate stayed with me.

- They will be resellers, but have no ownership in the hardware.

- So I retained 4 people for the Seller Hardware company.

- Yosef Haas sent the following message at 11:31 AM



View Yosef's profile

Yosef Haas   11:31 AM

Hardware is a whole different beast, We're getting more into hardware and it's a very different mindset than software as I'm sure you know.

- Jeremy Greenberg sent the following messages at 11:49 AM



View Jeremy's profile

Jeremy Greenberg   11:49 AM

Yes, for sure.



- View Jeremy's profile

Jeremy Greenberg   1:07 PM

Let me know if I can be of any help

- Yosef Haas sent the following message at 1:28 PM



View Yosef's profile

Yosef Haas   1:28 PM

Will do. How long are you at Descartes for?

- Jeremy Greenberg sent the following message at 1:51 PM



View Jeremy's profile

Jeremy Greenberg  1:51 PM

I made a commitment to stay for 2 years, but I'm expecting that my schedule will be much lighter after the first 9 months.

- Yosef Haas sent the following message at 2:41 PM



View Yosef's profile

Yosef Haas  2:41 PM

Sounds good. We'll keep in touch. Have a good shabbos.

- Jeremy Greenberg sent the following messages at 3:09 PM



View Jeremy's profile

Jeremy Greenberg  3:09 PM

GS

- Nov 30



View Jeremy's profile

Jeremy Greenberg  6:42 PM

Would you be interested in using the skublox hardware for shiphero? It is already been through a lot of testing and versions over the past few years.

- Yosef Haas sent the following messages at 8:36 PM



View Yosef's profile

Yosef Haas   8:36 PM

Probably not at the moment, we've been doing our own light hardware and are pretty far down that road.