# Exhibit "E"

