# Exhibit "F"

ShipHero's Knowledge Base has migrated to Zendesk. Learn how to access your ticket history HERE.    ✕

Login          BACK TO shiphero.com

## shiphero™  Software Support

SHIPHERO  >  ATTAINABLE AUTOMATION  >  PICK2LIGHT

Search 🔍

# How to Use ShipHero's Pick to Light

Follow

4 months ago  ·  Updated

Pick to light allows for easier and faster picking by using light cues on picking carts in the warehouse. Through the scanning of QR codes, item bar codes and tote SKUs, pickers can easily find and place the picked items into the right location. This eliminates the need for pickers to scan and verify tote location SKUs which can be small and hard to read.

In this article, we'll walk you through the most important aspects of Pick to Light and how it works.

**NOTE:** *Pick to Light is hidden behind a feature flag in ShipHero's WMS. To turn on Pick to*

*Light functionality, please reach out to your CSM.*

What You Need to Set-Up Pick to Light
What Pick to Light Can Do
Additional Resources

# What You Need to Set-Up Pick to Light

Pick to Light requires ShipHero's Attainable Automation Kit.

Pick to Light works in conjunction with multi-item batch picking, so if you are only doing single item picking, Pick to Light may not be the best option for you.

> **NOTE:** *The light technology for Pick to Light is also used for Receive to Light and Pack to Light (coming soon)! Therefore, making the investment now, will make it easier for you to turn on and begin utilizing these new, more efficient features in the future.*

## Pick to Light Attainable Automation Kit

ShipHero sells the kit needed to outfit your pick carts. Each package comes with:

- The ShipHero "Shield" for the front of each cart

- A QR code placard that syncs with the shield

- 26 LED lights to outfit one full picking cart (with one extra)

- Zip ties to attach the shield and QR code to the cart

- Tape to keep connectors taped down and out the way

- Connectors for joining the LED lights to each other as well as the shield

- A battery pack and battery holder

- An Allen wrench for easy installation of LED lights

There is also a QR code in the box that will take you to the installation instructions.

## Other Materials

In addition to the Pick to Light hardware kit, you will need:



- A pick cart

- Barcode scanner

- iPad with the ShipHero Mobile App installed for picking

> **NOTE:** *For instructions on how to install your Pick to Light hardware kit, please click HERE.*

# What Pick to Light Can Do

Pick to Light works by interfacing with ShipHero through the following inputs:

- **Barcode Scanning:** Pickers scan barcodes on order containers.

- **LED Guidance:** Lights illuminate the correct storage location and display the quantity to pick.

- **Picker Confirmation:** Pickers press a button to confirm the action.

- **Data Capture:** Optional digital readouts provide detailed instructions and log performance metrics.

## Warehousing Applications

This is how Pick to Light can be applied throughout the warehouse.

- **Component Picking:** Efficient for kit assembly and multi-part orders.

- **Mobile Carts:** Used in conjunction with conveyors or standalone systems for enhanced flexibility.

- **High-Density Areas:** Maximizes efficiency in compact warehouse zones.

## Benefits of Pick-to-Light

### Ease of Use

- Requires only 30-45 minutes of training, making it accessible for new pickers.

- Generates valuable insights through pick-rate reports and productivity analytics.

### Increased Efficiency



- Organizes workflows by zones to reduce walking and speed up operations.

- Mobile carts enhance flexibility for dynamic picking needs.

**Improved Order Accuracy**

- Minimizes picking errors, ensuring higher customer satisfaction

**Lower Labor Costs**

- Faster picking, reduced walking, and paperless workflows contribute to significant cost savings.

# Additional Resources

For more insights into Pick to Light and how to use it, please view the videos below. To have the feature flag turned on for your warehouse(s), please be sure to reach out to your CSM.

Pick to Light Intro Video
Pick to Light Walk-Through Video
Click here to learn about Receive to Light.

---

**Was this article helpful?**

Yes    No

0 out of 0 found this helpful

---

←    BACK TO ARTICLES IN THIS SECTION

^

Case 1:26-cv-03493-GHW Document 1-6 Filed 04/28/26 Page 6 of 9

Case 1:26-cv-03493-GHW    Document 1-6    Filed 04/28/26    Page 7 of 9

# Related Articles

Pick2Light Installation and Operation Guide

Pack2Light Installation Guide and Operation Guide

Pack2Light: Troubleshooting

How to Use ShipHero's Receive to Light

How to Use Operator Holds

# Recent Activity

### Product Management

Troubleshooting Product Barcodes in ShipHero

Article created 8 days ago

### Account Management

Automation Rules for International Orders

Article created 16 days ago

### Specific Carriers

How to Connect Sendcloud to ShipHero

Article created 17 days ago

### General Inventory Topics

How to Create Products in ShipHero

Article created 17 days ago

### Purchase Orders (Shipping Plans)

How to Use Purchase Order Statuses

Article created 1 month ago

See more

# Did you get lost? Looking for fulfillment help?

Go to LVK Support



 

Copyright 2025 ShipHero

View Sitemap



## Support

API Documentation

## Legal

Privacy Policy
Terms Of Service Software DTC
Terms Of Service Software 3PL

## Resources

3PL Finder
App Developers
ParcelView
PostHero
Putaway



Single Sign On

**Popular Links**

Careers

Contact Us

ShipHero

