# Exhibit "G"

ShipHero's Knowledge Base has migrated to Zendesk. Learn how to access your ticket history HERE.  ✕

Login          BACK TO shiphero.com

 **shiphero™**    **Software Support**          ☰

SHIPHERO  >  ATTAINABLE AUTOMATION  >  PICK2LIGHT

> Search          🔍

# Pick2Light Installation and Operation Guide

Follow

3 months ago  ·  Updated

This document provides a guide to setting up and operating the ShipHero Pick2Light system. It covers the components, installation steps for the hardware on your picking cart, mobile app configuration, and basic troubleshooting.

## Overview

Pick2Light is a mobile cart-based picking assistance system designed to improve speed and accuracy for multi-item batch picking. By utilizing LED light modules mounted directly onto a



mobile picking cart, Pick2Light visually guides pickers to the correct tote for each item scanned.

## Key Points:

- **Guided Picking:** Uses LED lights on a mobile cart to direct pickers to the correct tote for each item.

- **Efficiency Focused:** Designed to streamline the multi-item batch picking process.

- **Mobile Integration:** Works directly with the ShipHero Mobile App on an iOS device.

# Prerequisites

Before starting the Pick2Light setup, ensure you have the following components and equipment ready:

## Hardware Kit Contents:

- 1 ShipHero Shield Hub

- 1 QR Code Placard

- 26 LED Lights

- 14" Male-to-Male Connectors (plus extras)

- 7" Male-to-Male Connectors

- Female-to-Female Connectors

- 1 Battery Pack *(shipped separately)*

- 1 Battery Case

- 1 90° USB-C to USB-C cable

- 1 Standard USB-C to USB-C cable (extra)

- 1 T15 Torque Wrench

- Small zip ties (pack)

- Gaffer Tape

## Other Required Materials:

- Picking Cart

- Totes

- iOS device (iPad or iPhone) with the latest ShipHero app installed

- Paired 2D Bluetooth scanner connected to the iOS device

# How to Set Up Pick2Light

Follow these steps carefully to assemble and configure your Pick2Light system on the picking cart.

## Setup Part 1: Install the Shield Hub and Battery

1. **Adjust Clamps:** Use the T15 torque wrench to adjust the clamps on the ShipHero Shield Hub so they fit securely onto your picking cart's frame.

2. **Attach Hub:** Mount the Shield Hub near the top row of totes, typically on the right side of the cart. Crucially, ensure the port labeled **output** is positioned closest to where the *first tote* in your sequence will be located.

3. **Mount Battery Case:** Secure the battery case to the underside of the cart's top shelf.

4. **Insert Battery & Connect:** Slide the battery pack into the case. Use the included 90° USB-C to USB-C cable to connect the battery to the Hub's power input. Route the cable neatly.

5. **Secure QR Code:** Attach the QR Code Placard firmly to the cart frame using the provided zip ties. Place it in an easily scannable location.

6. **CRITICAL:** This QR code is permanently paired with its Hub. **Do NOT separate the QR code from its matching Hub.** They are linked together for identification.

## Setup Part 2: Wire the Top Shelf

1. **Position Lights:** Place one LED light bar in front of each tote location on the top shelf. The side of the LED bar labeled **input** must face *towards* the Shield Hub. Do not fully tighten the clamps yet.

2. **Connect Hub to First Light:** Take a male-to-male connector and plug one end into the Shield Hub's **output** port and the other end into the **input** port of the *first* LED light bar in your sequence.

Case 1:26-cv-03493-GHW Document 1-7 Filed 04/28/26 Page 5 of 10 Pick2Light Installation and Operation Guide – ShipHero

3. **Link Subsequent Lights:** Use male-to-male connectors to daisy-chain the remaining LED bars on the shelf. Connect the **output** port of one LED bar to the **input** port of the next LED bar in sequence.

4. **Prepare for Next Shelf:** Route the cable from the **output** port of the *last* LED bar on the top shelf down along the cart's post towards the first tote location of the shelf below.

## Setup Part 3: Wire Subsequent Shelves

1. **Connect First Light:** Use a longer male-to-male connector (extend with female-to-female connectors if necessary) to connect the **output** from the last light of the shelf above to the **input** of the first light on the current shelf.

2. **Link Remaining Lights:** Use short male-to-male connectors to link the rest of the LED bars on this shelf (**output** to **input**).

3. **Alternate Clamp Orientation:** The orientation of the screw on the LED bar should alternate for each shelf to follow **output** to **input** as lights transition to the next shelf - (e.g., shelves 1,3, and 5 face up; shelves 2 & 4 face down.)

4. **Secure Cables:** Use the provided gaffer tape to neatly secure the vertical cable runs along the cart posts between shelves. This prevents snagging and keeps the setup tidy.

5. **Repeat:** Repeat this process for all shelves on the cart.

## Setup Part 4: Finalize Physical Setup

1. **Tighten Clamps:** Once all lights are connected and positioned correctly, go back and securely tighten all the LED light bar clamps using the T15 torque wrench.

2. **Cable Management:** Double-check all connections. Use additional zip ties or gaffer tape as needed to ensure wiring is secure and out of the way.

# Pick2Light Operational Process

Here's how to pair the cart and use the Pick2Light system for picking:

1. **Power On:** Ensure the battery pack is charged and connected to the Hub.

2. **Open ShipHero App:** Launch the ShipHero mobile app on your paired iOS device.

3. **Navigate:** Go to the **Multi Item Batch Picking** section.

Case 1:26-cv-03493-GHW     Document 1-7     Filed 04/28/26     Page 6 of 10

4. **Pair Cart:** Scan the **QR Code Placard** that you attached to the cart. This links the physical cart setup to the app.

5. **Configure Settings (Optional but Recommended):**

   1. Navigate to Settings within the app, then Pick2Light Settings.

   2. Configure the exact number of totes your cart setup uses.

   3. Run the **Test** function. This should illuminate each light in sequence, allowing you to verify all connections are working correctly before you start picking. You can also test each light individually.

6. **Start Picking:** Begin your batch picking process within the app as usual.

7. **Scan Item:** When you scan the first item to be picked, the LED light corresponding to the correct destination tote for that item will illuminate.

8. **Place Item & Scan Tote:** Place the item in the indicated tote. Scan the tote's barcode to confirm placement. The light will stay lit until the quantity has been satisfied. When the quantity is satisfied, the light turns off.

9. **Follow App/Lights:** Continue following the app prompts for the next item location. Scan the item, and the appropriate tote light will illuminate. Repeat the process until the batch is complete.

# Troubleshooting

If you encounter issues, check the following:

## Hub Not Connecting to iPad/iOS Device:

- Ensure Bluetooth is enabled on the iOS device and allowed for the ShipHero app in iOS Settings.





- Check that the battery pack is charged and properly connected to the Hub.

- Try restarting the ShipHero app and turning Bluetooth off/on.

## Not All Lights Illuminate or Lights Are Dim During Test/Operation:

- **Check Orientation:** Verify *every* LED light bar is connected correctly: **output** of one light goes to the **input** of the next. The **input** side should always be connected to the previous

**output** in the chain.

- **Check Connections:** Carefully inspect each male-to-male and female-to-female connection point in the chain, starting from the *last* light that illuminates correctly and working towards the ones that don't. A loose or faulty connection anywhere will prevent subsequent lights from working. Reseat connectors firmly.

- **Check Power:** Ensure the battery is sufficiently charged.

### Was this article helpful?

Yes     No

0 out of 0 found this helpful

← BACK TO ARTICLES IN THIS SECTION

## Related Articles

How to Use ShipHero's Pick to Light

Pack2Light Installation Guide and Operation Guide

Adaptive Packing Station

How to Setup and Connect Your USPS Modern Account to ShipHero

## Recent Activity

### Product Management

Troubleshooting Product Barcodes in ShipHero

Article created 8 days ago

### Account Management

Automation Rules for International Orders

How to Use ShipHero's Receive to Light

Article created 16 days ago

## Specific Carriers

How to Connect Sendcloud to ShipHero

Article created 17 days ago

## General Inventory Topics

How to Create Products in ShipHero

Article created 17 days ago

## Purchase Orders (Shipping Plans)

How to Use Purchase Order Statuses

Article created 1 month ago

See more

**Did you get lost? Looking for fulfillment help?**

Go to LVK Support





Case 1:26-cv-03493-GHW    Document 1-7    Filed 04/28/26    Page 10 of 10



Copyright 2025 ShipHero

View Sitemap

## Support

API Documentation

## Legal

Privacy Policy
Terms Of Service Software DTC
Terms Of Service Software 3PL

## Resources

3PL Finder
App Developers
ParcelView
PostHero
Putaway
Single Sign On

## Popular Links

Careers
Contact Us

ShipHero