USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                            :

SELLER HARDWARE, LLC,            :

                                            :

                           Plaintiff,    :                1:26-cv-3493-GHW

                                            :

                   -v-                  :                  ORDER

                                            :

SHIP HERO, LLC,                 :

                                            :

                         Defendant.   :

                                            :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        Defendant's request for leave to file a motion to dismiss is granted.  The deadline for Defendant to file and serve its motion to dismiss is July 14, 2026.  Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.  For the reasons stated on the record during the June 26, 2026 conference, discovery is stayed in this matter pending the resolution of Defendant's anticipated motion to dismiss.

        SO ORDERED.

Dated:  June 29, 2026
        New York, New York

                                                _____
                                                GREGORY H. WOODS
                                             United States District Judge